**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | |
|---|---|
| DAVID YOUNG and RACHEL YOUNG,<br><br>Plaintiffs,<br><br>vs.<br><br>VETERANS GUARDIAN VA CLAIM CONSULTING, LLC,<br><br>Defendant. | Cause No. 1:24-cv-01021-CCE-LPA<br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs David Young and Rachel Young and Defendant Veterans Guardian VA Claim Consulting, LLC enter this Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties stipulate to the dismissal of this lawsuit in its entirety. The dismissal is with prejudice and each party shall pay its own costs and attorneys' fees.

Dated: May 5, 2025.

Respectfully submitted,

/s/ *Victoria A. Marquis*
Victoria A. Marquis (MT Bar #13226)
Crowley Fleck PLLP
500 Transwestern Plaza II
P. O. Box 2529
Billings, MT 59103-2529
Telephone: 406-252-3441
vmarquis@crowleyfleck.com

/s/ *Dustin T. Greene*
Dustin T. Greene (NC Bar No. 38193)
Whitney Pakalka (NC Bar No. 52611)
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Office: (336) 607-7300
Fax: (336) 607-7500
Email: dgreene@ktslaw.com
Email: wpakalka@ktslaw.com

/s/ Justin D. Howard
Justin D. Howard (NC Bar No. 31592)
H. Brent McKnight, Jr. (NC Bar No. 58000)
McGuireWoods LLP
501 Fayetteville Street, Suite 500
Raleigh, NC 27601
Phone: (919) 755-6600
Fax: (919) 755-6699
jhoward@mcguirewoods.com
bmcknight@mcguirewoods.com

*Attorneys for Plaintiffs*
*David and Rachel Young*

/s/ Anthony T. Pierce
Anthony T. Pierce*
Caroline L. Wolverton*
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street N.W.
Washington, DC 20006
Tel: (202) 887-4000
Email: apierce@akingump.com
Email: cwolverton@akingump.com

*special appearance

*Counsel for Defendant Veterans*
*Guardian VA Claim Consulting, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of May, 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF system which will send notification to all ECF Registrants in this action.

*/s/* Victoria A. Marquis
VICTORIA A. MARQUIS

*Joint Stipulation of Dismissal with Prejudice – Page 3*